The PEOPLE, etc., ex rel. James C. CROPSEY, as District Attorney of Kings County, appellant, v. William TOWNSEND et al., individually and as the Board of Parole for State Prisons, respondents. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Order affirmed. No opinion. Jenks, P. J., and Thomas, Stapleton, and Putnam JJ., concur.

The PEOPLE, etc., ex rel. Howard GOLDSMITH, relator, v. Charles HAGENDORF et al., constituting the Board of

Town Auditors of the Town of Ramapo, Rockland County, respondents. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Determination, rejecting relator's bill entirely, annulled, with $50 costs and disbursements to relator, and matter of such bill remitted to board of town auditors, to examine and audit same as a legal charge against the town, and upon such basis to determine and allow thereon such amount as it may find to be the reasonable value of the services rendered by relator. This decision is made on the ground that we think that this construction of section 178 of the Tax Law (Consol. Laws, c. 60) is required by the opinion in People ex rel. Supervisors of Ulster v. City of Kingston, 101 N. Y. 82, at 96, 4 N. E. 348. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

PEOPLE ex rel. McALLISTER STEAMBOAT CO., Applt., v. LAWSON PURDY et al., Respts. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Order affirmed, with costs. No opinion. Order filed.